UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:22-cv-82003-AMC

Marshall M. Barroll,

        Plaintiff,

v.

DePuy Orthopaedics, Inc. et al, and
Johnson & Johnson,

        Defendants.
_____/

## NOTICE OF PRO SE APPEARANCE

COMES NOW, Marshall M. Barroll, *pro se* Plaintiff ("Plaintiff") who enters this, his appearance on his own behalf, proceeding *pro se* in this action and request that all future correspondence be emailed to the undersigned pro se Plaintiff at the e-mailed address below. The undersigned Plaintiff has attached the Consent to Electronic Service.

        marshallbarroll@gmail.com

Further, the undersigned *pro se* Plaintiff understands that if there is an address or email address change, undersigned must immediately notify the Court and all parties.

        Respectfully submitted,

        */s/ Marshall M. Barroll*
        Marshall M. Barroll
        300 Hadaway Drive Apt. 8F
        Chestertown, MD 21620
        (410)708-1783
        marshallbarroll@gmail.com

FILED BY _____ D.C.
FEB 21 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2023, I served the foregoing document and attachment thereto on opposing counsel of record by emailing same to Defendants' Counsel **David J. Walz Esq. dwalz@carltonfields.com   Caycee D. Hampton, Esq champton@carltonfields.com and Andre A. Revaz, Esq. arevaz@carltonfields.com**

*Marshall M. Barroll*
Marshall M. Barroll
300 Hadaway Drive Apt. 8F
Chestertown, MD 21620
(410)708-1783
marshallbarroll@gmail.com



**Extremely Urgent**

EDW-1305
P: BLUE
S: 1
JZ7E881X240726 2776 1080

USDC SOUTHERN DISTRICT OF FLORI
101 S US HIGHWAY 1
FORT PIERCE FL 34950



Visit **UPS.com**
Apply shipping documents on this side.

Scan QR code to schedule a pickup

This envelope is for use with the following services:
UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedited®

Do not use this envelope for:
UPS Ground®
UPS Standard®
UPS 3 Day Select®

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 20 FEB 2023

THE UPS STORE #1198
(410) 778-9446
503 WASHINGTON AVE
CHESTERTOWN MD 21620-1217

SHIP TO: JUDGE AILEEN M CANNON
USDC SOUTHERN DISTRICT OF FLORIDA
CHAMBERS 4044
101 S US HWY 1
FORT PIERCE FL 34950

FL 349 1-01

UPS NEXT DAY AIR 1
TRACKING #: 1Z 7E3 81X 24 6729 2778

BILLING: P/P
SIGNATURE REQUIRED

United Parcel Service®

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com
010195101 2/22  RRD  United Parcel Service